**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 03-22310-Civ-Torres

JUANA TELLO LEMORRAY,

    Plaintiff,

v.

GUARDIAN PRINCESS SHIPPING, S.A.;
DIMITRIOS HARALAMBOUS, *in personam;*
and M/V HELGA, her engines, boilers,
tackle, equipment, apparel, appurtenances,
etc., *in rem.*

    Defendants.
_____/

## ORDER SETTING SCHEDULING CONFERENCE

This matter comes before the Court upon the parties' notification that they are unable to reach mutually convenient pretrial deadlines and trial date. It is hereby

**ORDERED** that a scheduling conference shall take place on **November 29, 2006, at 2:00 p.m.** before the undersigned at 300 N.E. First Avenue, Miami, Florida 33132. The parties should contact chambers staff at (305) 523-5750 or court security at the entrance to the Dyer building on the date of the hearing to confirm where the hearing will be held. Either party may appear telephonically by contacting chambers staff at least two days before the hearing and providing the telephone number where he/she would like to be reached on the day of the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of November 2006.

                                            _____
                                            EDWIN G. TORRES
                                            United States Magistrate Judge

Copies provided to:
All counsel of record