**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 03-22310-CIV-TORRES

CONSENT CASE

JUANA TELLO LEMORRAY,

    Plaintiff,

v.

GUARDIAN PRINCESS SHIPPING, S.A.,
DIMITRIOS HARALAMBOUS,
*in personam*; and, M/V HELGA, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., *in rem*,

    Defendants.

_____/

## ORDER ON DEFENDANT'S MOTION TO COMPEL AND PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

This matter comes before the Court on Defendant's Motion to Compel [D.E. 131-1] and Plaintiff's Motion for Extension of Time to Respond to Discovery [D.E. 132-1]. The Court heard oral argument on these matters on November 29, 2006. This Order memorializes the Court's rulings announced at the hearing.

It is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Compel [D.E. 131-1] is **GRANTED** and Plaintiff's Motion for Extension of Time to Respond to Discovery [D.E. 132-1] is also **GRANTED**. Based on Plaintiff's counsel's representation that he could answer Defendant's expert witness interrogatories within ten days, those interrogatories shall be answered by December 13, 2006. Given Plaintiff's counsel's difficulty communicating with his client, Plaintiff shall have up to and including January 12, 2007, to answer Defendant's Initial Interrogatories. Based upon the length of this extension, the Court does not anticipate granting Plaintiff another extension in connection

with Defendant's Initial Interrogatories, but will not prejudge at this point what remedy may have to be entered at that time if Plaintiff fails to comply with this Order.

  **DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of December 2006.

                  _____
                  EDWIN G. TORRES
                  United States Magistrate Judge

Copies provided to:
All Counsel of Record