## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 03-22310-CIV-TORRES

CONSENT CASE

JUANA TELLO LEMORRAY, et al.,

    Plaintiff,

vs.

M/V "HELGA"
Her engines, tackle, etc., in rem, et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Settlement and Joint Motion for Dismissal and Order of Dismissal [D.E. 154]. Upon review of the parties' Stipulation and record in this case,

It is hereby **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Fed. R. Civ. P. 41, the parties' Stipulation is **APPROVED** and this action in its entirety is hereby **DISMISSED WITH PREJUDICE**.

2. The Clerk of the Court is directed to pay to the Trust Account of Guilford & Rash, P.A., tax identification number 651118711, fifty-seven thousand five hundred dollars ($57,500) dollars held in the Court Registry in connection with this matter, which shall be held in escrow until the Plaintiff has executed an original general release in favor of all Defendants. The Clerk of the Court is directed to deduct from that amount the

filing fee of one hundred fifty ($150) dollars to be paid to the Court Registry.  *See* D.E. 11, Clerk's Order directing payment of filing fee on Seaman's action upon settlement of the matter.

    3.    The Clerk of the Court is directed to disburse the balance of the funds in the Court Registry in accordance with the settlement agreement to the Trust Account of Clifford Kornfield, P.A., tax identification number 650002751.

    4.    All pending motions are hereby **DENIED AS MOOT**.

    5.    The Court reserves jurisdiction only for purposes of enforcing the parties' settlement agreement.

    6.    The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of May 2007.

                                                */s Edwin G. Torres*
                                                EDWIN G. TORRES
                                                United States Magistrate Judge